UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SYLINIA JACKSON, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

                v.

LULAS GARDEN INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-2561

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LULAS GARDEN INC., with prejudice and without fees and costs.

Dated: New York, New York
         July 12, 2022

                                                      **GOTTLIEB & ASSOCIATES**

                                                      /s/Michael A. LaBollita, Esq.

                                          Michael A. LaBollita, Esq., (ML-9985)
                                          150 East 18th Street, Suite PHR
                                                     New York, NY 10003
                                                          Phone: (212) 228-9795
                                                             Fax: (212) 982-6284
                                                           Michael@Gottlieb.legal

                                                           *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge